IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sydney Stone, | ) |
| Plaintiff, | ) CV 07-0680-PHX-PGR (CRP) |
| v. | ) **ORDER** |
| CJ Derosa, et al., | ) **NON-DEATH PENALTY** |
| Respondents. | ) |

Pursuant to the Order dated March 25, 2009, this case has been closed, judgment entered in favor of Defendants and against Plaintiff, and the Complaint has been dismissed. (Doc. 45.) Accordingly, no further filings will be considered in this case. In the event that Plaintiff has additional claims he wishes to bring before the Court, he must file a new case pursuant to the Local and Federal Rules of Civil Procedure.

IT IS HEREBY ORDERED DENYING Plaintiff's "Motion for Preliminary Injunction Seeking to Enjoin the BOP from Not Providing a Rejection Notice When Mail is Refused at the Post Office." (Doc. 46.)

DATED this 5th day of August, 2009.

Paul G. Rosenblatt
United States District Judge